**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

February 4, 2009

Clerk, U.S. Bankruptcy Court

RE: Christopher T. Smith
    Bankruptcy Case No. 5-08-50121
    Unclaimed Funds For: Christopher T. Smith
                             PO Box 6
                             Mininsink Hills PA 18341

Dear Clerk:

Enclosed herewith please find check No.733664 for $964.00 drawn on the Fulton Bank representing unclaimed funds for the debtor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                             Very truly yours,

                             Carol A. Kreider
                             Funds Manager

FILED
WILKES-BARRE, PA
2009 FEB -6 AM 10: 48
CLERK U.S. BANKRUPTCY COURT

Case 5:08-bk-50121-JJT   Doc 58   Filed 02/06/09   Entered 02/06/09 11:57:51   Desc